## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-289-RBJ

ZAKARIA HAGIG, on behalf of himself and others similarly situated,

     Plaintiff,

v.

DONALD J. TRUMP, President of the United States;
U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS");
U.S. CUSTOMS AND BORDER PROTECTION ("CBP");
JOHN KELLY, Secretary of DHS;
KEVIN MCALEENAN, Acting Commissioner of CBP; and
LASHANDA JONES, Denver Director, CBP,

     Defendants.

---

## NOTICE OF WITHDRAWAL OF
## MOTION FOR PRELIMINARY INJUNCTION

---

Please take notice that Plaintiff Zakaria Hagig, on behalf of himself and others similarly situated, by undersigned counsel, hereby respectfully withdraws his pending Motion for Preliminary Injunction filed on February 17, 2017.  [Dkt. #16].  The issues raised in that Motion relate to the previous Executive Order, dated January 29, 2017, which has been repealed and superseded by the new Executive Order titled "Protecting the Nation from Foreign Terrorist Entry into the United States" (the "New EO") as of its effective date on March 16, 2017.  *See* Notice to Court, [Dkt. #21], and Amended Notice, [Dkt. #22].  Defendants consent to Plaintiff's withdrawal of the Motion and agree that Plaintiff reserves his rights to raise any issues with the New EO in subsequent motions as necessary.

Respectfully submitted this 5th day of April, 2017.

By: */s/ Christopher H. Toll*
Christopher H. Toll
6380 S. Fiddlers Green Cir., Suite 500
Greenwood Village, CO  80111
Phone:  (303) 290-1637
ctoll@hollandhart.com

Jessica J. Smith
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Phone:  (303) 295-8374
Facsimile:  (303) 295-8261
jjsmith@hollandhart.com

HOLLAND & HART LLP

By: /s/ *Alan Kennedy-Shaffer*
Alan Kennedy-Shaffer
1051 14th Street, Box 21101
Denver, CO 80202
(712) 433-5488
alan.kennedy-shaffer@aya.yale.edu

By: /s/ *Morgan L. Carroll*
Morgan L. Carroll
1165 Ouray Street
Aurora, CO 80011
(303) 726-1742
morganlcarroll@gmail.com

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I electronically filed the foregoing document, with the clerk of the court for the United States District Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to the following e-mail address and to all counsel of record:

adrian.m.pandev@usdoj.gov  (representing *Defendants*)


*s/ Dorina O'Toole*
Dorina O'Toole
HOLLAND & HART LLP


9741186_2

3