**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-289-RBJ

ZAKARIA HAGIG,

    *Plaintiff*,

v.

DONALD TRUMP, *et al.*

    *Defendants*.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 5(b), counsel Briana F. Yuh respectfully moves this Court for an Order permitting her to withdraw from further representation of Defendants. As grounds for this motion, undersigned counsel states as follows:

1. As of September 28, 2018, Ms. Yuh will no longer be associated with the U.S. Department of Justice.

WHEREFORE, undersigned counsel moves this Court for an Order granting Briana F. Yuh to withdraw as counsel for Defendants.

                                          By:    /s/ *Briana F. Yuh*
                                                     BRIANA F. YUH
                                                     Trial Attorney
                                                     Civil Division
                                                     Office of Immigration Litigation
                                                     District Court Section
                                                     P.O. Box 868, Ben Franklin Station
                                                     Washington, D.C. 20044
                                                     Telephone:  (202) 532-4165
                                                     Fax:       (202) 305-7000
                                                     Email: briana.yuh@usdoj.gov

DATE: September 28, 2018                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record. I also hereby certify that on September 28, 2018, I caused the foregoing document to be served via email upon an agency representative for Defendants.

Dated: September 28, 2018                 */s/ Briana F. Yuh*_____
                                                      BRIANA YUH
                                                      Trial Attorney

## LOCAL RULE 5(b) CERTIFICATION

I hereby certify that on September 28, 2018, I notified an agency representative for Defendants that Defendants "are responsible for complying with all court order and time limitations established by applicable statues and rules."

Dated: September 28, 2018                 */s/ Briana F. Yuh*_____
                                                      BRIANA YUH
                                                      Trial Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-289-RBJ

ZAKARIA HAGIG,

    *Plaintiff*,

v.

DONALD TRUMP, *et al.*

    *Defendants*.

---

**[PROPOSED] ORDER**

---

    This matter came before the Court on the Defendants' Motion to Withdraw as Counsel. The Court has carefully considered the Motion and, for good cause shown, grants the Motion.

    Accordingly, it is ORDERED that Briana F. Yuh is withdrawn from further representation of Defendants.

    IT IS SO ORDERED.

    Dated this ____ day of September 2018.

                                            BY THE COURT:

                                            _____